

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

AUG 13 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:25-00167 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 21 U.S.C. § 841(a)(1) |
| MARQUEZ D. DAVIS | ) | 21 U.S.C. § 841(b)(1)(B) |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about October 14, 2024, in the Middle District of Tennessee, the defendant, **MARQUEZ D. DAVIS**, knowing he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Franklin Armory Inc., Model FAI-15, multi-caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about October 14, 2024, in the Middle District of Tennessee, the defendant, **MARQUEZ D. DAVIS**, knowingly possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about October 14, 2024, in the Middle District of Tennessee, the defendant, **MARQUEZ D. DAVIS**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

THE GRAND JURY FURTHER CHARGES:

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Counts One and Three of this Indictment, the defendant, **MARQUEZ D. DAVIS,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) any firearm or ammunition involved in or used in a knowing violation of: Title 18, United States Code, Section 922(g)(1), as charged in Count One, and Title 18, United States Code, Section 924(c)(1)(A), as charged in Count Three, including but not limited to the following:

    (1) a Franklin Armory Inc., Model FAI-15, multi-caliber pistol, bearing serial number A-33231; and

    (5) any related ammunition.

3. Upon conviction of Count Two of this Indictment, the defendant, **MARQUEZ D. DAVIS,** shall forfeit to the United States of America, pursuant to Title 18, United States Code,

2

Case 3:25-cr-00167    Document 3    Filed 08/13/25    Page 2 of 3 PageID #: 9

Section 982(a)(1), any property, real or personal, involved in the offense, or any property traceable to such property, including, but not limited to, a money judgment in an amount to be determined, representing the amount of the value of the property, real or personal, involved in the offense or any property traceable to such property.

4. If any of the property described above, as a result of any act or omission of the defendant, **MARQUEZ D. DAVIS:**

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property and it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant, **MARQUEZ D. DAVIS**, up to the value of said property listed above as subject to forfeiture.

A TRUE BILL

FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

PHILIP H. WEHBY
ASSISTANT UNITED STATES ATTORNEY